

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00339-CV

## IN THE INTEREST OF W.D. AND C.D., CHILDREN

**From the County Court at Law
Ellis County, Texas
Trial Court No. 95441CCL**

## ORDER

Each appellant presented the Court with an "Appellant's First Unopposed Motion to Extend Deadline to File Appellant's Brief." Both motions, which were filed on December 27, 2018, are granted. Appellants' briefs are due January 3, 2019.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motions granted
Order issued and filed January 2, 2019

